UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT EUGENE ROBINSON,<br><br>    Petitioner,<br><br>  v.<br><br>LELAND S. McEWEN, WARDEN,<br><br>    Respondent. | NO. EDCV 10-1517 JVS (FFM)<br><br>JUDGMENT |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 29, 2011

                     JAMES V. SELNA
                     United States District Judge